# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | Case No. 03-03011-CR-MDH |
| **ALONZO ELLERMAN,** | |
| Defendant. | |

## GOVERNMENT'S MOTION TO FILE ITS RESPONSE TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE OUT OF TIME

**COMES NOW** the United States of America, by the United States Attorney for the Western District of Missouri, Timothy A. Garrison, and the undersigned attorney and requests leave to file its motion to file its response to defendant's motion for compassionate release out of time.

The delay sought is not meant to be vexing to the defendant, nor to delay justice in this case, but rather to ensure the Government provides an accurate and complete response.

Respectfully submitted,

TIMOTHY A. GARRISON
United States Attorney

By   */s/Randall D. Eggert*

Randall D. Eggert
Assistant United States Attorney

901 St. Louis, Suite 500
Springfield, Missouri 65806
Telephone: (417) 831-4406

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a copy of the foregoing was delivered on September 17, 2020, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

            */s/ Randall D. Eggert*
            Randall D. Eggert
            Assistant United States Attorney