# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 6:03-cr-03011-MDH |
| ALONZO F. ELLERMAN, | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Defendant's pro se motion for compassionate release. (Doc. 275). In 2003, Defendant was convicted of conspiracy to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A) as well as with being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). Defendant was sentenced to 360 months' imprisonment and 120 months' imprisonment to be served concurrently. Defendant's projected release date is March 28, 2029. Defendant moves the Court for release based on the current COVID-19 pandemic and his heightened health risk based on his asthma, hypertension, and his age of 59 years-old.

The Government opposes Defendant's Motion. The government states that Defendant has not alleged facts that show extraordinary and compelling reasons to warrant a reduction and that Defendant remains a danger to the community. (Doc. 279).

After careful consideration of the record before the Court, including the arguments contained in the government's response, the Court hereby **DENIES** Defendant's motion. The Court finds that the Defendant has not established that his condition, including health condition, is so extraordinary or compelling that he should be immediately released.

**IT IS SO ORDERED**.

DATED: October 02, 2020    */s/ Douglas Harpool*
                           **DOUGLAS HARPOOL**
                           **UNITED STATES DISTRICT JUDGE**